# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BRIGHT DAY ELECTRIC, LLC, a
Florida limited liability company,

    Plaintiff,

v.

    Case No. 3:23-cv-849-TJC-JBT

SERVICE MINDS, LLC, a Florida
limited liability company,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal with Prejudice (Doc. 24), filed on April 11, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of April, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record